TOTAL P.03

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-743 DWF/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CANDACE D. DICK, M.D., Defendant. | STIPULATION AND ORDER |

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including June 30, 2001, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: May 31, 2001

ROBERT M. SMALL
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Candace Dick

Candace D. Dick, M.D., pro se
Defendant

IT IS SO ORDERED.

Dated: June 1, 2001

United States District Judge
United States District Court

FILED JUN 4 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

TOTAL P.02