ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-743 DWF/SRN

UNITED STATES OF AMERICA,
Plaintiff,
v.
CANDACE D. DICK, M.D.,
Defendant.

STIPULATION AND ORDER

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including July 31, 2001, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: June 22, 2001

ROBERT M. SMALL
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Candace Dick

Candace D. Dick, M.D., pro se
Defendant

IT IS SO ORDERED.

Dated: July 6, 2001

United States District Judge
United States District Court

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS