TOTAL P.02

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-743 DWF/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| CANDACE D. DICK, M.D., Defendant. | ) | |

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including August 31, 2001, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: July 31, 2001

ROBERT M. SMALL
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Candace Dick

Candace D. Dick, M.D., pro se
Defendant

IT IS SO ORDERED.

Dated:

Susan Richard Nelson

United States Magistrate Judge
United States District Court

FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK